UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GABRIELLA SILER, a minor, by her mother
and guardian, Ikesha King, and ESTATE OF
AARON SILER, by Special Administrator, Lisa Cerna,

        Plaintiffs,

v.                                                  Case No.:17-CV-1324

CITY OF KENOSHA
and PAUL (PABLO) E. TORRES,

        Defendants.

---

## STIPULATION AND ORDER FOR DISMISSAL
---

      A Partial Judgment in a Civil Case was granted to Paul (Pablo) Torres' Summary Judgment Motion (ECF #45) on April 12, 2019 (ECF #83).

      A Final Judgment was affirmed by the Seventh Circuit on April 29, 2020 (ECF #37) with costs, in accordance with the decision of the court.

      In lieu of the defendants seeking costs, the parties have agreed to dismiss this case against the City of Kenosha and Paul (Pablo) E. Torres without costs in exchange for the plaintiffs waiving their right to appeal and/or further relief. Thus, all the above-captioned parties, by their respective counsel, stipulate that all of plaintiffs' claims may be dismissed with prejudice, without further notice or hearing, and without costs to any party.

Dated: July 7th 2020          SAMSTER, KONKEL, & SAFRAN, S.C.

By: *Electronically signed by Jeffrey D. Patza*
Jerome A. Konkel
State Bar No. 1000149
Jeffrey D. Patza
State Bar No. 1030512
Attorneys for Plaintiffs

Dated: July 7th 2020          GODIN GERAGHTY PUNTILLO CAMILLI, S.C.

By: *Electronically signed by Phillip R. Godin*
Phillip R. Godin
State Bar No. 1018592
Roberta N. Puntillo
State Bar No. 1023189
Attorneys for Plaintiffs

Dated: July 7th 2020          STAFFORD ROSENBAUM LLP

By: *Electronically signed by Ted Waskowski*
Ted Waskowski
State Bar Number 1003254
Kyle W. Engelke
State Bar Number 1088993
Attorneys for Defendants